988

No. 72–5259. DeVerse v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–5260. Ammons v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–5261. Collins v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–5262. Wright v. Perini, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.

No. 72–5264. Thacker v. Henry, Prison Administrator, et al. C. A. 4th Cir. Certiorari denied.

No. 72–5266. Story v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–5267. Waterman v. Schutzer et al. C. A. 2d Cir. Certiorari denied.

No. 72–5268. Griffin et al. v. United States. C. A. 10th Cir. Certiorari denied.

No. 72–5271. Brown v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–5276. Hunter v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 72–5277. McClard v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–5280. Nordlof v. United States. C. A. 7th Cir. Certiorari denied.

No. 72–5281. Thompson v. Department of the Army et al. C. A. 2d Cir. Certiorari denied.

No. 72–5285. Barron v. United States. C. A. 6th Cir. Certiorari denied.